No. 86–5219. WOODS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–5220. MASLANKA v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 86–5221. MONTGOMERY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 86–5222. SARGENT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–5223. TALLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5225. DAVIS v. CHILDREN'S HOSPITAL OF NORTHERN CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5227. RIVERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5228. RANDOLPH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–5231. LANING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5232. GEORGE v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5233. DUVALLON v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 86–5237. CRIM v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 86–5238. COMBS v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 86–5239. ALBRITTON v. C. H. MASLAND & SONS. C. A. 11th Cir. Certiorari denied.

No. 86–5240. SHOWS v. ALABAMA POWER CO. C. A. 11th Cir. Certiorari denied.